```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21182
   SUZANNE P BECKERS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1791


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/12/07 and confirmed on 02/01/08.

   2.  The case was converted to Chapter 7 after confirmation, 07/30/2008.

   3.  The Debtor paid a total of $   1000.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CIT GROUP CONSUMER FINAN | CURRENT MORTG | .00 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AFFILIATED CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2998.36 | .00 | 247.38 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGY CON | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 8419.40 | .00 | 694.62 |
| CMS | UNSECURED | NOT FILED | .00 | .00 |
| AFFILIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY HEALTH DEP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST ANESTHESIOLOGIS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST EMERGENCY MED S | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAG PATHOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DICESTIVE DISEAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | .00 | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RPW GYN | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY INTERNIS | UNSECURED | NOT FILED | .00 | .00 |

```
SUPERIOR ASSET MANAGEMEN UNSECURED        NOT FILED              .00          .00
UNITED COLLECTIONS       UNSECURED        NOT FILED              .00          .00
       Summary of disbursements:
----------------------------------------------------------------------------------
               SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00     11417.76          .00      11417.76
PRINCIPAL PAID        .00          .00       942.00          .00        942.00
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID            .00          .00       942.00          .00        942.00
```

The Debtor's attorney, GREGORY J MARTUCCI            , was allowed $   1500.00
and was paid $   1500.00   direct and $        .00   through the plan.

The Trustee received $     58.00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/09/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 21182 SUZANNE P BECKERS